IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL NO: 6:24-cv-00200 |
| $116,764.56 IN UNITED STATES CURRENCY,<br>Defendant. | §<br>§<br>§<br>§ | |

**JUDGMENT**

After consideration of the government's Motion for Default Judgment, the Court finds as follows: (i) notice was published in accordance with the law; (ii) notice was served upon a potential claimant to the defendant property, and (iii) no other claims or answers were filed or served within the time required by the Notice and by law. The Court therefore finds that forfeiture of the property to the United States is warranted.

Based on the foregoing, the Court orders that the government's Motion for Default Judgment is granted. The Court further orders that a judgment of forfeiture be entered in favor of the United States and that all right, title, and interest in $116,764.56 in United States currency, consisting of the following $74,684.89 in JP Morgan Chase (JPMC) Bank account XXXXX3320; $21,478.95 in JPMC Bank account XXXXX2880; c. $5,000.13 in JPMC account XXXXX0753; and $15,600.59 in JPMC account XXXXX7702, is vested in the United States. The defendant property shall be disposed of according to law.

So **ORDERED** and **SIGNED** this **30th** day of **April, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE